UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEONARD D. WOOD II ON BEHALF OF THE KEHE DISTRIBUTORS, INC. 401(K) RETIREMENT SAVINGS NON-UNION PLAN, AND MAYA SHAW ON BEHALF OF THE EXCO RESOURCES, INC. 401(K) PLAN AND ALL OTHER SIMILARLY SITUATED ERISA-COVERED EMPLOYEE PENSION BENEFIT PLANS<br><br>PLAINTIFFS,<br><br>VS.<br><br>PRUDENTIAL RETIREMENT INSURANCE AND ANNUITY COMPANY<br><br>DEFENDANT. | CASE NO. 3:15-cv-1785-VLB<br><br>June 6, 2017 |

## MOTION TO WITHDRAW APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 7(e) of the Local Rules of the United States District Court for the District of Connecticut the undersigned attorney hereby moves that Bimal Patel, currently listed as counsel for Defendant Prudential Retirement Insurance and Annuity Company ,be withdrawn as counsel.

Withdrawal of Mr. Patel will not cause any prejudice or delay in this case. Prudential Retirement Insurance and Annuity Company will continue to be represented by James T. Shearin and Edward B. Lefebvre of Pullman & Comley LLC, and Joel S. Feldman, Daniel Thies, Mark. B. Blocker, Kathleen L. Carlson, and Tara Amin of Sidley Austin LLP.

WHEREFORE, Defendant Prudential Retirement Insurance and Annuity Company respectfully requests that this Court grant its Motion to withdraw Mr. Patel as attorney of record in the above captioned matter.

Dated: June 6, 2017               O'MELVENY & MYERS LLP

                                  By:    */s/ Brian D. Boyle*
                                         Brian D. Boyle
                                         *Admitted pro hac vice*
                                         O'MELVENY & MYERS LLP
                                         1625 Eye Street, NW
                                         Washington, DC 20006
                                         Telephone: 202-383-5300
                                         Facsimile: 202-383-5414
                                         Email: bboyle@omm.com
                                         *Counsel for Prudential Retirement*
                                         *Insurance and Annuity Company*

## CERTIFICATE OF SERVICE

I certify that on the 6 day of June 2017, I filed the foregoing motion with the Clerk of the Court for the United States District Court for the District of Connecticut using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

I further certify that pursuant to Civil Local Rule 7(e) a separate email was sent to Prudential Retirement Insurance and Annuity Company.

                                      **O'MELVENY & MYERS LLP**

By: */s/ Brian D. Boyle*
Brian D. Boyle
Email: bboyle@omm.com
*Counsel for Prudential Retirement Insurance and Annuity Company*