## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| MAYA SHAW,<br><br>                         Plaintiff,<br><br>        vs.<br><br>PRUDENTIAL RETIREMENT<br>INSURANCE AND ANNUITY<br>COMPANY,<br><br>                 Defendant. | Civil Action No. 3:15-cv-1785<br>(VLB) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Maya Shaw, the sole remaining plaintiff, and Defendant Prudential Retirement Insurance and Annuity Company stipulate to the dismissal of the pending action in its entirety with prejudice, with no award of costs or fees to either party.

Dated:  October 10, 2017

For Plaintiff Maya Shaw

 /s/ Mark P. Kindall
Robert A. Izard
Mark P. Kindall
Christopher M. Barrett
IZARD, KINDALL & RAABE, LLP
29 South Main Street, Suite 305
West Hartford, CT  06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
rizard@ikrlaw.com
mkindall@ikrlaw.com
cbarrett@ikrlaw.com

For Defendant Prudential Retirement
Insurance and Annuity Company

/s/  James T. Shearin
James T. Shearin
PULLMAN & COMLEY
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601
Telephone: (203) 330-2240
Facsimile: (203) 576-8888
jtshearin@pullcom.com

**Gregory Y. Porter**
**Michael Murphy**
**Ryan T. Jenny**
**BAILEY & GLASSER LLP**
**1054 31st Street, NW Suite 230**
**Washington, DC 20007**
**Telephone: (202) 463-2101**
**Facsimile: (202) 463-2103**
**gporter@baileyglasser.com**
**mmuprphy@baileyglasser.com**
**rjenny@baileyglasser.com**

**Joel S. Feldman**
**Daniel Thies**
**Mark B. Blocker**
**Kathleen L. Carlson**
**Tara Amin**
**SIDLEY AUSTIN LLP**
**One South Dearborn**
**Chicago, IL 60603**
**Telephone: (312) 853-2030**
**Facsimile: (312) 853-7036**
**jfeldman@sidley.com**
**dthies@sidley.com**
**mblocker@sidley.com**
**kcarlson@sidley.com**
**tamin@sidley.com**

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2017, a copy of the foregoing was filed through the Court's CM/ECF system, which will serve notification of such filing to the e-mail addresses of all counsel of record in this action.

/s/ Mark P. Kindall
Mark P. Kindall